UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GWENDOLYN PORTER | CIVIL ACTION |
| VERSUS | NO: 09-3337-MLCF-SS |
| SOCIAL SECURITY ADMINISTRATION | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that judgment be entered in favor of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, and against the plaintiff, Gwendolyn Porter, dismissing the plaintiff's complaint without prejudice.

New Orleans, Louisiana, this 19th day of Oct., 2009.

*[signature]*
UNITED STATES DISTRICT JUDGE